UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-06031-JVS (JDE) | Date | September 8, 2017 |
|---|---|---|---|
| Title | Sylee Castle v. J. Teaney, et al. | | |

**Present: The Honorable**  John D. Early

| Ivette Gomez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings: (In Chambers)**   Order to Show Cause re Dismissal

On August 14, 2017, the Court received the civil rights complaint to be filed by Plaintiff Sylee Castle ("Plaintiff"), currently in California state custody, proceeding *pro se* alleging a violation of his civil rights. Plaintiff did not pay the required filing fee, nor did Plaintiff file a request to proceed without prepayment of filing fees.

Plaintiff is hereby ordered to show cause why the case should not be dismissed without prejudice for failure to pay the required filing fee or properly file a request to proceed without prepayment of filing fees, properly supported by a declaration, an authorization to disburse funds from Plaintiff's prison trust account to pay filing fees and a certified copy Plaintiff's prison trust account statement for the last six months. If the filing fee or a properly supported request to proceed without prepayment of filing fees is not filed by 30 days from the date of this Order to Show Cause, the Court will recommend dismissal of the action without prejudice.

A blank copy of the Court's form Request to Proceed Without Prepayment of Filing Fees, Support Declaration, Prisoner Authorization, and Certificate of Authorized Officer is attached to the Order to Show Cause.

Initials of Courtroom Deputy   ig